

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **HENRY E. ARMSTRONG** <br> **LA. DOC. #313045** | **CIVIL ACTION NO. 10-1601** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN, OUACHITA PARISH** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling and the Report and Recommendation of the Magistrate Judge [Doc. No. 5], adopted by the Court,

IT IS ORDERED, ADJUDGED, AND DECREED that the Plaintiff's civil rights action is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

Monroe, Louisiana, this 14 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE